**FILED**
**January 05, 2012**
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

0003995565

PATRICK RIAZI, SB# 224017
**LAW OFFICE OF PATRICK RIAZI**
1007 Seventh Street, Suite 203
Sacramento, California 95814
Telephone:    (916) 442-8400
Facsimile:    (916) 442-8444

Attorneys for Debtors

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re:<br><br>MOHAMMAD BAGHER MOTIEY and<br>SOUSAN GHAZELBASH MOTIEY<br><br><br><br><br><br><br><br>Debtors | **Case Number: 2011-25317**<br><br>**Docket Control No. PR-3**<br><br>**NOTICE OF MOTION BY DEBTOR FOR ORDER OF ABANDONMENT OF REAL PROPERTY**<br><br>**Date:    January 30, 2012**<br>**Time:    10:00 a.m.**<br>**Place:    Dept. A/Courtroom 28** |

COMES NOW, debtors, MOHAMMAD BAGHER MOTIEY and SOUSAN GHAZELBASH MOTIEY, who move the above-entitled Court for an Abandonment of Real Property located at 6004 and 6006 Rye Way, Carmichael, California 95608. The real property is a duplex.

1.     MOHAMMAD BAGHER MOTIEY and SOUSAN GHAZELBASH MOTIEY are the debtors in the above-named Chapter 7 case.

2.     Debtors are the owners of real property located at 6004 and 6006 Rye Way,

Carmichael, California 95608. The real property is a duplex that the debtors would like to sell via a short sale. The real property was in the process of a short sale at the time the bankruptcy petition was filed and the debtors would like to complete the transaction.

3. Debtors, in Schedule A have listed the value of the property at $180,000.00, while the mortgage on the property is $210,232.00, as listed on Schedule D.

4. As of the date of this Motion, the duly appointed Trustee, Thomas A. Aceituno, has not administered such real property.

5. Debtors assert that the real property located on Rye Way is, therefore, of inconsequential value to the estate in that there is no equity in such property in excess of the Debtor's exemptions.

6. Debtors assert that the obtaining of an Order of Abandonment is in their best interests as it will allow the debtor to complete the short sale transaction that was begun prior to the filing of the bankruptcy petition.

WHEREFORE, Debtors request the following relief:

1. An Order of Abandonment of Debtor's interest in the real property located at 6004 and 6006 Rye Way, Carmichael, California 95608;

2. Such other and further relief as the Court deems just and proper.

Dated: January 5, 2012                    _____/s/_____
                                           **PATRICK RIAZI**
                                           Attorney for Debtors